IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JERRY L. MATTHEWS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C/A No.: 4:16-cv-02934-RBH |
| v. | ) | |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiff's claims against the Defendant Crown, Cork & Seal Company USA, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

September 15, 2016                          s/ R. Bryan Harwell
Florence, South Carolina                   R. Bryan Harwell
                                           United States District Judge