IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION

JERRY L. MATTHEWS, SR.,

        Plaintiff,

vs.

3M COMPANY, et al.,

        Defendants.

C/A No. 4:16-CV-02934-RBH

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against the Defendant Union Carbide Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

August 21, 2017                              s/ R. Bryan Harwell
Florence, South Carolina                 R. Bryan Harwell
                                                  United States District Judge