# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| JERRY L. MATTHEWS, SR., <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, ET AL., <br><br> Defendants. | CIVIL ACTION NO.: 4:16-CV-2934-RBH |

## ORDER

Upon consideration of the Joint Motion for Dismissal with Prejudice filed by Jerry L. Matthews, Sr. ("Plaintiff") and Defendant 3M Company ("3M") collectively referred to as the ("Parties"), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

October 2, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

1/4351000.1